USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/10/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NIGEL FREDRICK,

       Plaintiff,     **ORDER**

   -v-         20-CV-5738 (AT) (JLC)

CORRECTION OFFICER JOHN DOE, et al.,

       Defendants.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

  By Order dated January 28, 2021 (Dkt. No. 40), *pro se* plaintiff was directed to file an amended complaint naming the john doe defendants who have been identified by the City of New York.  Plaintiff was advised that the amended complaint would replace, not supplement, the original complaint.  On February 8, 2021, plaintiff filed a third amended complaint that named only one defendant and did not identify the claims asserted against that defendant or the factual basis for any such claims.  Dkt. No. 44.  Accordingly, plaintiff is directed to file another amended complaint that includes all defendants by name that he wishes to sue, the claims he wishes to assert, and the factual basis for the relief sought no later than **March 5, 2021**.

  The Court acknowledges plaintiff's *in forma pauperis* application submitted in conjunction with his third amended complaint.  *See* Dkt. No. 42.  However, in light of the Court's Order dated August 7, 2020 granting plaintiff's first *in forma*

*pauperis* application, plaintiff's second application is unnecessary. Plaintiff does not need to file any further applications to proceed *in forma pauperis* in this case.

**SO ORDERED.**

Dated: February 10, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to:**

Nigel Fredrick
B&C No. 1411904251
Manhattan Detention Complex
125 White Street
New York, NY 10013