USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIGEL FREDRICK,

                    Plaintiff,

                    -v-

CORRECTION OFFICER JOHN DOE, et al.,

                    Defendants.
-----------------------------------------------------------------X

**ORDER OF SERVICE**

20-CV-5738 (AT) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      Pursuant to the Court's Order dated February 10, 2021 (Dkt. No. 45), pro se plaintiff filed an amended complaint that named all defendants he wishes to sue, including four new defendants: Captain Omar Smith, Correction Officer Andrew Henry, Assistant Deputy Warden Alexis Parrilla, and Assistant Deputy Warden Duayne John (Dkt. No. 46). The City reported that these new defendants may be served electronically. Dkt. Nos. 39, 41.

      Accordingly, the Clerk is directed to electronically notify the New York City Department of Corrections and the New York City Law Department of this order. The Court requests that the defendants Smith (shield no. 1651), Henry (shield no. 6066), Parrilla (shield no. 35), and John (shield no. 1058) waive service of summons.

      **SO ORDERED.**

Dated: February 17, 2021
       New York, New York

                                          JAMES L. COTT
                                          United States Magistrate Judge

**A copy of this Order has been mailed to:**

Nigel Fredrick
B&C No. 1411904251
Manhattan Detention Complex
125 White Street
New York, NY 10013