USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

    Plaintiff,

-against-

CORRECTION OFFICER JOHN DOE; DEPUTY OFFICER JOHN DOE; CAPTAIN OR NOW DEPUTY JOHN DOE; CORRECTION OFFICER RICHARD DOE; CORRECTION OFFICER JOHN SHAHEEN; CAPTAIN OFFICER JOHN SMITH, CORRECTION OFFICER JOHN RICHARDS #18595, *individually and in their official capacities*,

    Defendants.

20 Civ. 5738 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court is in receipt of Plaintiff's filing at ECF No. 47. If Plaintiff intended to file a motion for a preliminary injunction or a temporary restraining order, Plaintiff is directed to re-file his motion and include any supporting papers to accompany his motion by **March 12, 2021**.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

  SO ORDERED.

Dated: February 22, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge