USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIGEL FREDRICKS,

          Plaintiff,      :     **ORDER**

    -v-      :     20-CV-5738 (AT) (JLC)

CORRECTION OFFICER JOHN
SHAHEEN, *et al.*,

          Defendants.
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    The Court has reviewed the parties' letter-motions regarding certain discovery disputes (Dkt. Nos. 66 & 68). Plaintiff Nigel Fredricks' motion to compel (Dkt. No. 66) is granted in part and denied in part as follows:

1. Regarding Mr. Fredricks' first document request (*see* Dkt. No. 68-1), the parties are directed to meet-and-confer (that is, discuss this request further) no later than **September 10, 2021**, and Mr. Fredricks is directed to specify to defense counsel which "Rikers Island Rules and Regulations Policy" he is seeking and clarify what the acronyms in his request ("G.P./I.P.C./V.P.C.") refer to.

2. During the Rule 16 conference held on May 25, 2021, the parties agreed that Mr. Fredricks may submit written questions in lieu of taking depositions. To the extent Mr. Fredricks' second discovery request for memoranda from Defendants regarding the events of January 3–4, 2020 is a request to obtain the equivalent of deposition testimony, Defendants

are directed to provide the information he is seeking in the form of affidavits or other sworn instruments. This information should be provided by **September 24, 2021**.

3. Mr. Fredricks' third document request for a clearer photograph is denied as moot, as the parties have met and conferred and Defendants have since provided a clearer version of the photograph.

**SO ORDERED.**

Dated: August 31, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Nigel Fredricks
B&C No. 1911904251
G.R.V.C.
09-09 Hazen Street
East Elmhurst, NY 11370