```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NIGEL V. FREDRICKS,

                           Plaintiff,

        -against-

CORRECTION OFFICER JOHN SHAHEEN,
#5258, individually and in their official capacities;
CORRECTION OFFICER JOHN RICHARDS,
#18595, individually an in their official capacities;
ANDREW HENRY, Correction Officer; ALEXIS
PARRILLA, Assistant Deputy Warden; DWAYNE
JOHN, Assistant Deputy Warden; OMAR SMITH,
Captain,

                           Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2022

20 Civ. 5738 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

On December 13, 2021, Defendants filed a motion for summary judgment. ECF No. 89. On August 3, 2022, the Honorable James L. Cott issued a Report and Recommendation regarding Defendants' motion. ECF No. 121. Plaintiff's deadline for filing objections to the Report and Recommendation was August 17, 2022. *See* Fed. R. Civ. P. 72(b)(2). However, Plaintiff filed a letter on August 16, 2022, requesting an extension of time to object. ECF No. 122. Accordingly, by **August 25, 2022**, Plaintiff shall file any objections to the Report and Recommendation.

SO ORDERED.

Dated: August 18, 2022
      New York, New York

ANALISA TORRES
United States District Judge