```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NIGEL FREDRICKS,

                Plaintiff,

-against-

ALEXIS PARRILLA, DUAYNE JOHN, JOHN SHAHEEN, TRAVIS RICHARDS, ANDREW HENRY, and OMAR SMITH,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/13/2022
```

20 Civ. 5738 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 121, of the Honorable James L. Cott, the Court reviewed the R&R for clear error and found none. *Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants' motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is DENIED.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 89 and 106, mail a copy of this order to Plaintiff *pro se*, and close the case.

    SO ORDERED.

Dated: September 13, 2022
       New York, New York

                                          _____
                                            ANALISA TORRES
                                         United States District Judge