UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NIGEL FREDRICKS,

                    Plaintiff,

-against-                                    20 **CIVIL** 5738 (AT)(JLC)

                                                        **JUDGMENT**

ALEXIS PARRILLA, DUAYNE JOHN, JOHN
SHAHEEN, TRAVIS RICHARDS, ANDREW
HENRY, and OMAR SMITH,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 13, 2022, the R&R is ADOPTED in its entirety. Defendants' motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      September 14, 2022

                                                                 **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                    **BY:**      *K. Mango*

                                                                      **Deputy Clerk**