```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

                Plaintiffs,

    -v-

JOHN DOE, *et al.*,

                Defendants.

**ORDER**

20-CV-5738 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The parties are directed to meet and confer as to the next steps in this case. Defendants are directed to file a letter, written by Defendants but incorporating Plaintiff's input, proposing next steps by **September 5, 2025**.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 1, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1