USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/8/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nigel Fredricks,

        Plaintiff,

        v.

Correction Officer Andrew Henry, *et al.*,

        Defendants.

20 Civ. 5738 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff *pro se*'s letters dated August 8, 2025, and August 22, 2025, *see* ECF Nos. 139–140, requesting voluntary dismissal of this action, as well as Defendant's status update filed September 5, 2025, *see* ECF No. 141. Pursuant to Federal Rule of Civil Procedure 41 (b), this action is hereby dismissed without prejudice. The Clerk of Court is respectfully directed to close the case.

    The Clerk of Court is respectfully to mail a copy of this Order to Plaintiff *pro se* at DIN #22B1005, Sing Sing Correctional Facility, 354 Hunter Street, Ossining, New York 10562.

    SO ORDERED.

Dated: September 8, 2025
       New York, New York

ANALISA TORRES
United States District Judge